```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          EASTERN DIVISION


FRED BURNS                                              PLAINTIFFS


VS.                              CIVIL ACTION NO. 4:05cv192TSL-LRA


BLACKHAWK MANAGEMENT CORPORATION                         DEFENDANT
```

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff Fred Burns shall recover from defendant Blackhawk Management Corporation the sum of $950 in unpaid overtime compensation to which he is entitled under the provision of the Fair Labor Standards Act.

SO ORDERED AND ADJUDGED this 12th day of August, 2008.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE